UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>Robert Antonio BASTARDO-Llovera<br><br>Defendant. | Case No.:  '25 MJ3922<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

COUNT 1

On or about July 15, 2025, within the Southern District of California, the defendant, Robert Antonio BASTARDO-Llovera did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Homeland Security Investigations Special Agent N.B., a federal law enforcement officer designated under 18 U.S.C. §1114, where such acts involved physical contact, to wit defendant kicked Special Agent N.B. in the chest while said officer was engaged in the performance of official duties, in violation of 18 U.S.C. §111(a)(1) and (b).

COUNT 2

On or about July 15, 2025, within the Southern District of California, the defendant, Robert Antonio BASTARDO-Llovera did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with Enforcement and Removal Deportation Officer S.R., a federal law enforcement officer designated in 18 U.S.C. §1114, while federal officer S.R. was engaged in the performance of official duties, and during the

course of the assault, did inflict bodily injury, to wit defendant bit federal officer S.R. on the forearm in violation of 18 U.S.C. §§111(a)(1) and 111(b).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Special Agent Joseph Kerr
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of July 2025.

*[signature]*
Honorable Michelle M. Pettit
United States Magistrate Judge

## STATEMENT OF FACTS

I, Special Agent (SA) Joseph Kerr, of Homeland Security Investigations (HSI), declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

During the course of my duties, I have learned the following information from my personal participation in this investigation or by speaking with or having read reports prepared by other law enforcement officers, witnesses or victims. The following does not contain all the information known to myself or other federal agents and state and local law enforcement officers regarding this investigation but does contain those facts believed to be necessary to establish requisite probable cause.

All dates and times in this statement of facts are approximate. All dates refer to the current calendar year and all times refer to Pacific Standard Time (PST) unless specified otherwise.

On July 15, 2025, agents assigned to a Homeland Security Task Force (HSTF), conducted a joint operation to arrest an individual, suspected to be a Tren De Aragua (TdA) gang member, for immigration violations. The HSTF included personnel from Homeland Security Investigations (HSI), Enforcement and Removal Operations (ERO), Drug Enforcement Administration (DEA), and United States Border Patrol (USBP). Federal Agents received intelligence stating that the individual was a transient who resided in his vehicle, which he would typically park near Mission Beach in San Diego, California.

At approximately 8:45 AM, agents observed a group of three men gathered outside a vehicle, drinking alcohol and smoking what appeared to be marijuana. One of the men appeared to match the physical description of the target. The group's behavior, combined with the possible identification, drew the agents' attention and prompted a consensual encounter.

Agents exited their vehicle wearing visible law enforcement identifiers and verbally identified themselves as federal agents. During the encounter, all three men stated that they were not United States citizens and had no legal right to remain in the United States. Record

checks confirmed their immigration status. Two of the men complied with verbal instructions and were detained without incident. The third man fled on foot but was quickly apprehended by agents.

As agents prepared to leave the area, a woman approached and stated she had seen two other men nearby on multiple occasions and believed they appeared transient. She pointed to a vehicle she had frequently seen the men entering and exiting. The woman's observation, combined with the group's earlier behavior and the transient nature of the area, led agents to investigate whether one of the individuals she identified was the original target.

Agents approached the vehicle and conducted a consensual encounter with the two additional men. It was determined that both individuals were unlawfully present in the United States and had no legal right to remain. Their identities and immigration statuses were confirmed.

As agents proceeded to take the men into custody, the first individual exited the vehicle and was detained without incident. The second man, later identified as Robert Antonio BASTARDO-Llovera, refused to exit despite repeated verbal commands. Agents attempted to remove BASTARDO by pulling him by the arms and attempting to break his grip on the front seat headrest, but BASTARDO actively resisted. This continued for an extended duration.

During the struggle, BASTARDO kicked Special Agent (SA) N.B. in the chest. SA N.B. gave BASTARDO verbal commands to stop resisting. BASTARDO then bit Deportation Officer (DO) S.R. on the arm. DO S.R. verbally indicated he had been bitten.

BASTARDO remained combative and continued to resist. Agents attempted to use a Taser; the first deployment was ineffective, but the second made proper contact and allowed agents to remove BASTARDO from the vehicle and place him on the ground. While on the ground, BASTARDO continued to resist by pulling his arms away. Agents ultimately secured him and placed him in a law enforcement vehicle. BASTARDO was medically evaluated on scene and cleared. The bite wound sustained by DO S.R. appeared to have broken the skin and was photographed; he received medical treatment.

1  BASTARDO was arrested and charged with a violation of 18 U.S.C. § 111(a)(1) – Assault of a Federal Officer and 18 U.S.C. § 111(b) – Assault on a federal officer resulting in bodily injury.